**Order entered April 22, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00454-CV

## IN RE TABLETOP MEDIA, LLC D/B/A ZIOSK AND ZIOSK PAYROLL, LLC, Relators

**Original Proceeding from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-02256**

### ORDER
Before Justices Whitehill, Pedersen, III, and Carlyle

Before the Court is relators' April 14, 2020 petition for writ of mandamus. In that petition, relators complain of the trial court's March 10, 2020 order denying their motion to vacate order. We request a response from real parties in interest and respondent, if any, by **May 4, 2020**.

/s/　　BILL PEDERSEN, III
　　　　JUSTICE